UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

In the Matter of the Arbitration between )
)
Nationwide Mutual Fire Insurance Company, )   Civil Action No. 08-0646
)
    Petitioner, )
)
- and - )
)
Geo. V. Hamilton, Inc., )
)
    Respondent. )
)
)
)

## ~~PROPOSED~~ ORDER

Having reviewed and considered Petitioner Nationwide Mutual Fire Insurance Company's Motion to Lift the Seal Placed Pursuant to Fed.R.Civ.P. 5.2(d), as well as the accompanying submissions, this Court finds that Nationwide's Motion should be granted and the protective seal placed on documents on this case should be lifted.

Dated 17 July, 2009.

                                            Done and Ordered.

                                            District Court Judge,
                                            Western District of Pennsylvania

335096v1