```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATIONWIDE MUTUAL FIRE         )
INSURANCE COMPANY,             )
      Plaintiff,               )
                               )
      v.                       ) Civil Action No. 08-646
                               )
GEO. V. HAMILTON, INC.,        )
      Defendant.               )
```

ORDER

AND NOW, this 6th day of October, 2009, IT IS HEREBY ORDERED that a status conference in the instant case will be held before the undersigned on October 30, 2009 at 2:30 p.m. in Suite 3250, 3rd floor, U.S. Courthouse. All counsel shall bring their calendars to the conference for scheduling purposes. The parties should be prepared to discuss settlement.

                                              BY THE COURT:

                                              s/Gary L. Lancaster
                                              Gary L. Lancaster,
                                              Chief United States District Judge

cc:   all parties of record