814347.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) Civil Action No. 08-00646 |
| Petitioner, | ) ) Honorable Gary L. Lancaster |
| vs. | ) ) |
| GEO. V. HAMILTON, INC., | ) ) |
| Respondent. | ) |

## ORDER OF COURT

AND NOW, this 14th day of December, 2009, upon consideration of Respondent's Motion for Leave to File Certain Exhibits to Concise Statement of Material Facts in Support of Motion for Summary Judgment Under Seal, said Motion is hereby GRANTED, and Respondent is authorized to file under seal certain exhibits to its Concise Statement of Material Facts in Support of its Motion for Summary Judgment.

_____
United States District Court