820110.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,  Petitioner,  vs.  GEO. V. HAMILTON, INC.,  Respondent. | )  )  ) Civil Action No. 08-00646  )  ) Honorable Gary L. Lancaster  )  )  )  )  ) |

## ORDER OF COURT

AND NOW, this 25 day of January, 2010, upon consideration of the Motion for Leave to File Documents under Seal of Respondent, Geo. V. Hamilton, Inc., it is ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. IT IS FURTHER ORDERED that Respondent Geo. V. Hamilton, Inc. is authorized to file under seal its Reply Memorandum in Support of Hamilton's Motion for Summary Judgment and Reply to Counterstatement of Material Facts filed by Petitioner Nationwide, as well as any document attached thereto.

Honorable Gary L. Lancaster,
United States District Judge