UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of the Arbitration between ) | |
| ) | Civil Action No. 08-0646 |
| Nationwide Mutual Fire Insurance Company, ) | |
| ) | |
| Petitioner, ) | Honorable Gary L. Lancaster |
| ) | |
| - and - ) | |
| ) | |
| Geo. V. Hamilton, Inc., ) | |
| ) | |
| Respondent. ) | |

~~PROPOSED~~ ORDER ~~(...)~~

THIS MATTER having come before this Court on Petitioner Nationwide Mutual Fire Insurance Company's Motion to Strike or, In the Alternative, for Leave to File Sur-Opposition In Response To New Arguments Made In Geo. V. Hamilton, Inc.'s Reply Brief In Support of Motion for Summary Judgment, and the Court having reviewed the parties' submissions and the record, it is hereby

ORDERED that Nationwide's **Motion for Leave** is GRANTED. Nationwide shall file a Sur-Opposition of no more than ten pages on or before ~~March 5~~ March 15, 2010.

Dated: 2/25/10

Chief Judge Gary L. Lancaster

341287v1