IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) Civil Action No. 08-00646 |
| Petitioner, | ) ) Honorable Gary L. Lancaster |
| vs. | ) ) |
| GEO. V. HAMILTON, INC., | ) ) |
| Respondent. | ) ) |

## ORDER OF COURT

AND NOW, this 19th day of March, 2010, upon consideration of the Hamilton's Motion for Leave to File a Response to Nationwide's Sur-Opposition ("Motion for Leave"), seeking leave to file a response to Nationwide's Sur-Opposition, it is hereby ORDERED, ADJUDGED and DECREED that said Motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that Hamilton shall file a response of no more than ten pages and any supporting materials on or before March 29, 2010.

IT IS FURTHER ORDERED that any such documents may be filed under seal.

_____ /J
Gary L. Lancaster, Chief Judge